UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Derrick A Scott**
2419 Hi Roc Circle NE
Conyers, GA 30012

**xxx–xx–3147**

Case No.: **10–75243–crm**
Chapter: **13**
Judge: **C. Ray Mullins**

## ORDER OF DISMISSAL

The Chapter 13 Trustee reports that the Debtor(s) has failed to comply with the direction of the Court. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

*C. Ray Mullins*

———————————————
C. Ray Mullins
United States Bankruptcy Judge

Dated: November 19, 2010

Form 157